UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8653-GW-ASx | Date | February 4, 2025 |
|---|---|---|---|
| Title | *Miguel Hernandez v. Richard Green, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On February 3, 2025, Plaintiff Miguel Hernandez filed a Notice of Settlement [14]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for March 6, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on February 4, 2025.

:

Initials of Preparer  JG